784 A.2d 70

IN THE MATTER OF ARTHUR KENNETH
PRICE, AN ATTORNEY AT LAW

November 16, 2001.

ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *R.* 1:20–3(g)(3)(4) and *R.* 1:20–11, seeking the immediate temporary suspension of **ARTHUR KENNETH PRICE** of **NUTLEY,** who was admitted to the bar of this State in 1974, and good cause appearing;

It is ORDERED that **ARTHUR KENNETH PRICE** is temporarily suspended from the practice of law, effective immediately and until the further Order of the Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution in accounts maintained by **ARTHUR KENNETH PRICE** pursuant to *R.* 1:21–6 or in other accounts into which respondent has deposited client, estate, or escrow funds, shall be restrained from disbursement except on application to this Court for good cause shown; and it is further

ORDERED that **ARTHUR KENNETH PRICE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ARTHUR KENNETH PRICE** comply with *Rule* 1:20–20 dealing with suspended attorneys.